UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK MCCLESKEY, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS,<br><br>    Plaintiff,<br><br>  vs.<br><br>CLASSIC CONCRETE, a Limited Liability Company,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  1:04-1909-RLY-WTL<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF ADMINISTRATIVE CLOSING

IT IS ORDERED by the Court that this action is now closed administratively without prejudice to the right of any party to move to restore the action to the Court's active docket.

Dated: February 13, 2006

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**Electronic Copies:**

James R. A. Dawson,
jdawson@sommerbarnard.com

Donald D. Schwartz
dds3662@yahoo.com